IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MATTHEW WILLIAMS                                                                   PLAINTIFF

v.                                                   No. 1:20CV264-GHD-JMV

LEE COUNTY                                                                      DEFENDANT

**ORDER REQUIRING PLAINTIFF TO NAME
VALID DEFENDANT WITHIN 21 DAYS**

The plaintiff in this case has named only Lee County as a defendant in this case; however, Lee County is not a proper defendant in a case proceeding under 42 U.S.C. § 1983. As such, the plaintiff must name at least one valid defendant and explain how the defendant participated in the events giving rise to this suit. The deadline for identifying a valid defendant to the court is 21 days from the date of this order. Failure to comply with this order will result in the dismissal of this case without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED**, this, the 4th day of October, 2021.

/s/    Jane M. Virden
UNITED STATES MAGISTRATE JUDGE