IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MATTHEW WILLIAMS**      **PLAINTIFF**

v.      **No. 1:20CV264-GHD-JMV**

**LEE COUNTY**
**JAIL ADMINISTRATOR R. PARTLOW**      **DEFENDANTS**

### ORDER *DENYING* PLAINTIFF'S MOTION [30] FOR ENTRY OF DEFAULT

This matter comes before the court on the motion [30] by the defendant for entry of default against defendant R. Partlow. Under Fed. R. Civ. P. 55(a):

> When a party against whom a judgment or affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Fed. R. Civ. P. 55(a). In this case, however, defendant Partlow has filed an answer [29] to the complaint. As such, he has pled, and the instant motion [30] for entry of default is **DENIED**.

**SO ORDERED**, this, the 11 day of October, 2022.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE