IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MATTHEW WILLIAMS             PLAINTIFF

v.             No. 1:20CV264-GHD-JMV

LEE COUNTY             DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and the instant case is **DISMISSED** with prejudice under the doctrines of *res judicata* and collateral estoppel.

**SO ORDERED**, this, the 11th day of October, 2022.

_____
SENIOR U.S. DISTRICT JUDGE